```
             UNITED STATES DISTRICT COURT
               DISTRICT OF NEW HAMPSHIRE
```

Hilda L. Solis, Secretary of Labor,
United States Department of Labor,

    Plaintiff,

v.                                                Civil No. 11-74-LM

R&B Transportation, LLC, and
Paul Beaudry,

    Defendants,

and,

    Connecticut River Bank,

    Garnishee.

## ORDER TO QUASH WRIT OF CONTINUING GARNISHMENT

On July 27, 2011, a Writ of Continuing Garnishment and Clerk's Notice of Continuing Garnishment were issued in the above-captioned action by James R. Starr, Clerk, United States District Court.  In accordance with the terms of the Writ of Continuing Garnishment, on July 29, 2011, an account in the name of the defendants, held by Connecticut River Bank, was levied on by the United States of America.  Copies of the Application, Clerk's Notice and Writ of Continuing Garnishment were sent to the defendants on August 2, 2011, by certified mail, return receipt.

Defendants hereby waive their right to a hearing pursuant to 28 U.S.C. §3202(d).  The plaintiff indicates the defendants have paid the outstanding debt in full.  Accordingly, it is

ORDERED that the Writ of Continuing Garnishment issued on July 27, 2011, to Connecticut River Bank, is hereby quashed.

IT IS SO ORDERED.

                                                  /s/ Landya B. McCafferty
                                                  U.S. Magistrate Judge

DATED: 8/3/2011

cc:   Michael T. McCormack, AUSA
      Paul Beaudry
      R&B Transportation, LLC
      Connecticut River Bank